FILED
BILLINGS DIV.

2007 MAY 10  AM 10 40

PATRICK E. DUFFY, CLERK

BY _____
 DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

| | | |
|---|---|---|
| CALVIN SHANE CORTNER and<br>JUDITH CORTNER,<br><br>    Plaintiff,<br><br>vs.<br><br>HERZOG SERVICES, INC., a foreign<br>corporation, KRISTINA<br>SNORTELAND, as the Administrator<br>of the Estate of Charles A. Snorteland,<br>Deceased, and JOHN DOES II-X,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CV-05-162-BLG-RFC<br><br><br><br><br>ORDER ADOPTING FINDINGS<br>AND RECOMMENDATIONS OF<br>U.S. MAGISTRATE JUDGE |

On April 17, 2007, United States Magistrate Judge Carolyn S. Ostby entered her Findings

and Recommendation.  Magistrate Judge Ostby recommends this Court grant Plaintiffs' Motion

for Partial Summary Judgment as to Defendant Kristina Snorteland, as the Administrator of the

Estate of Charles A. Snorteland.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to

file written objections.  28 U.S.C. § 636(b)(1).  In this matter, no party filed objections to the

April 17, 2007 Findings and Recommendation.  Failure to object to a magistrate judge's findings

1

and recommendation waives all objections to the findings of fact. *Turner v. Duncan*, 158 F.3d

449, 455 (9th Cir. 1999).  However, failure to object does not relieve this Court of its burden to

review de novo the magistrate judge's conclusions of law. *Barilla v. Ervin*, 886 F.2d 1514, 1518

(9th Cir. 1989).

After an extensive review of the record and applicable law, this Court finds Magistrate

Judge Ostby's Findings and Recommendation are well grounded in law and fact and adopts them

in their entirety.  Both Herzog and Ms. Snorteland concede in their briefs that Charles Snorteland

was negligent and that his negligence caused the collision with the Barnett vehicle resulting in

damage.  In addition, the Administrator withdrew her previously alleged defense of contributory

negligence against Plaintiffs.

Accordingly, **IT IS HEREBY ORDERED** Plaintiffs Motion for Partial Summary

Judgment as to Defendant Kristina Snorteland, as the Administrator of the Estate of Charles A.

Snorteland (*Doc. 43*) is **GRANTED**.

The Clerk of Court shall notify the parties of the making of this Order.

DATED the _____ day of May, 2007.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE